No. 18,595.

J. H. DENT, *Appellee,* v. THE NATIONAL FIRE INSURANCE COMPANY, *Appellant.*

Appeal from Johnson district court; JABEZ O. RANKIN, judge. Opinion filed January 10, 1914. Affirmed.

*M. A. Fike,* and *E. L. Snider,* both of Kansas City, Mo., for the appellant.

*C. L. Randall,* of Olathe, for the appellee.

*Per Curiam:* The single question presented is whether or not the verdict is supported by the evidence. The inventory and account books are sufficient for that purpose. The oral testimony was conflicting. Its weight and credibility were matters for the jury to determine, and the conclusion that the documentary evidence was not overthrown can not be disturbed.

Judgment affirmed.